AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▼

| | |
|---|---|
| James D. Sallah, Esq., not individually, but solely in his capacity as Court-Appointed Receiver for JCS Enterprises Inc., d/b/a JCS Enterprises Services Inc., et al., <br> _____ <br> *Plaintiff(s)* <br> v. <br> National Strategica Corporation, LLC, et al. <br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 16-CV-80611

**16-80611-CIV-MARRA/MATTHEWMAN**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Amanda Altizer
3301 Loganwood Dr.
South Chesterfield, VA 23834

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua A. Katz, Esq.
Sallah Astarita & Cox, LLC
2255 Glades Rd., Ste. 300E
Boca Raton, FL 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **APRIL 19, 2016**



**SUMMONS**

s/Jose Conway
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| James D. Sallah, Esq., not individually, but solely in his capacity as Court-Appointed Receiver for JCS Enterprises Inc., d/b/a JCS Enterprises Services Inc., et al., <br><br> *Plaintiff(s)* <br><br> v. <br><br> National Strategica Corporation, LLC, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 16-CV-80611

**16-80611-CIV-MARRA/MATTHEWMAN**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   David Altizer
3301 Loganwood Dr.
South Chesterfield, VA 23834

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua A. Katz, Esq.
Sallah Astarita & Cox, LLC
2255 Glades Rd., Ste. 300E
Boca Raton, FL 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   **APRIL 19, 2016**



**SUMMONS**

Steven M. Larimore
Clerk of Court

s/Jose Conway
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▾

| | |
|---|---|
| James D. Sallah, Esq., not individually, but solely in his capacity as Court-Appointed Receiver for JCS Enterprises Inc., d/b/a JCS Enterprises Services Inc., et al., | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| National Strategica Corporation, LLC, et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 16-CV-80611

**16-80611-CIV-MARRA/MATTHEWMAN**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Derek Altizer
12831 Percival St.
Chester, VA 23831-4741

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua A. Katz, Esq.
Sallah Astarita & Cox, LLC
2255 Glades Rd., Ste. 300E
Boca Raton, FL 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **APRIL 19, 2016**



**SUMMONS**

Steven M. Larimore
Clerk of Court

s/Jose Conway
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida ▾

| | |
|---|---|
| James D. Sallah, Esq., not individually, but solely in his capacity as Court-Appointed Receiver for JCS Enterprises Inc., d/b/a JCS Enterprises Services Inc., et al., | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 16-CV-80611 |
| National Strategica Corporation, LLC, et al. | ) ) **16-80611-CIV-MARRA/MATTHEWMAN** |
| | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Emmett Batten
3620 Castlebury Dr.
Chester, VA 23831

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua A. Katz, Esq.
Sallah Astarita & Cox, LLC
2255 Glades Rd., Ste. 300E
Boca Raton, FL 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __APRIL 19, 2016__



**SUMMONS**

Steven M. Larimore
Clerk of Court

s/Jose Conway
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| James D. Sallah, Esq., not individually, but solely in his capacity as Court-Appointed Receiver for JCS Enterprises Inc., d/b/a JCS Enterprises Services Inc., et al.,<br><br>*Plaintiff(s)*<br><br>v.<br><br>National Strategica Corporation, LLC, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 16-CV-80611

**16-80611-CIV-MARRA/MATTHEWMAN**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Kathy Batten
3620 Castlebury Dr.
Chester, VA 23831

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua A. Katz, Esq.
Sallah Astarita & Cox, LLC
2255 Glades Rd., Ste. 300E
Boca Raton, FL 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   **APRIL 19, 2016**

Steven M. Larimore
Clerk of Court

s/Jose Conway
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

|  |  |
|---|---|
| James D. Sallah, Esq., not individually, but solely in his capacity as Court-Appointed Receiver for JCS Enterprises Inc., d/b/a JCS Enterprises Services Inc., et al., | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) |
| National Strategica Corporation, LLC, et al. | ) ) ) |
| *Defendant(s)* | ) ) ) |

Civil Action No. 16-CV-80611

**16-80611-CIV-MARRA/MATTHEWMAN**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Nina Campagna
2851 Cinnamon Blvd.
Palm Harbor, FL 34684

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua A. Katz, Esq.
Sallah Astarita & Cox, LLC
2255 Glades Rd., Ste. 300E
Boca Raton, FL 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   **APRIL 19, 2016**

s/Jose Conway
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| James D. Sallah, Esq., not individually, but solely in his capacity as Court-Appointed Receiver for JCS Enterprises Inc., d/b/a JCS Enterprises Services Inc., et al., | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 16-CV-80611 |
| v. | ) | **16-80611-CIV-MARRA/MATTHEWMAN** |
| National Strategica Corporation, LLC, et al. | ) ) ) | |
| *Defendant(s)* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Eric Chen
3666 Crestview Dr.
Shreveport, LA 71119

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua A. Katz, Esq.
Sallah Astarita & Cox, LLC
2255 Glades Rd., Ste. 300E
Boca Raton, FL 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   **APRIL 19, 2016**

Steven M. Larimore
Clerk of Court

s/Jose Conway
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| James D. Sallah, Esq., not individually, but solely in his capacity as Court-Appointed Receiver for JCS Enterprises Inc., d/b/a JCS Enterprises Services Inc., et al., | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 16-CV-80611 |
| National Strategica Corporation, LLC, et al. | ) **16-80611-CIV-MARRA/MATTHEWMAN** |
| | ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    DAS Funding Group LLC
C/O Inc. Plan (USA)
Trolley Square, Ste. 20C
Wilmington, DE 19806

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua A. Katz, Esq.
Sallah Astarita & Cox, LLC
2255 Glades Rd., Ste. 300E
Boca Raton, FL 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    **APRIL 19, 2016**



**SUMMONS**

Steven M. Larimore
Clerk of Court

s/Jose Conway
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▾

|  |  |  |
|---|---|---|
| James D. Sallah, Esq., not individually, but solely in his capacity as Court-Appointed Receiver for JCS Enterprises Inc., d/b/a JCS Enterprises Services Inc., et al., | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 16-CV-80611 |
| v. | ) | **16-80611-CIV-MARRA/MATTHEWMAN** |
| National Strategica Corporation, LLC, et al. | ) ) ) | |
| *Defendant(s)* | ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Done Rite Roofing, Inc.
C/O Jason Loiacano
405 N. Orange St.
Palm Harbor, FL 34683

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Joshua A. Katz, Esq.
Sallah Astarita & Cox, LLC
2255 Glades Rd., Ste. 300E
Boca Raton, FL 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date:   **APRIL 19, 2016**

SUMMONS

s/Jose Conway
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▾

|  |  |
|---|---|
| James D. Sallah, Esq., not individually, but solely in his capacity as Court-Appointed Receiver for JCS Enterprises Inc., d/b/a JCS Enterprises Services Inc., et al., | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) |
| National Strategica Corporation, LLC, et al. | ) ) ) |
| *Defendant(s)* | ) ) ) |

Civil Action No. 16-CV-80611

**16-80611-CIV-MARRA/MATTHEWMAN**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Eastwood Enterprises USA, Inc.
C/O Susan L. Eastwood
16201 Alexander Run
Jupiter, FL 33476

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua A. Katz, Esq.
Sallah Astarita & Cox, LLC
2255 Glades Rd., Ste. 300E
Boca Raton, FL 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   **APRIL 19, 2016**



**SUMMONS**

s/Jose Conway
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▾

| | |
|---|---|
| James D. Sallah, Esq., not individually, but solely in his capacity as Court-Appointed Receiver for JCS Enterprises Inc., d/b/a JCS Enterprises Services Inc., et al., | ) ) ) ) |
| _____ *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. 16-CV-80611 |
| National Strategica Corporation, LLC, et al. | ) **16-80611-CIV-MARRA/MATTHEWMAN** |
| | ) ) |
| _____ *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Joseph Eastwood
16201 Alexander Run
Jupiter, FL 33476

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua A. Katz, Esq.
Sallah Astarita & Cox, LLC
2255 Glades Rd., Ste. 300E
Boca Raton, FL 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __**APRIL 19, 2016**__



**SUMMONS**

s/Jose Conway
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| James D. Sallah, Esq., not individually, but solely in his capacity as Court-Appointed Receiver for JCS Enterprises Inc., d/b/a JCS Enterprises Services Inc., et al., | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | )     Civil Action No. 16-CV-80611 |
| National Strategica Corporation, LLC, et al. | )     **16-80611-CIV-MARRA/MATTHEWMAN** |
| | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jason Ellis
13800 Alden Lane
Frisco, TX 75035

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua A. Katz, Esq.
Sallah Astarita & Cox, LLC
2255 Glades Rd., Ste. 300E
Boca Raton, FL 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: __**APRIL 19, 2016**__

Steven M. Larimore
Clerk of Court

s/Jose Conway
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▾

| | |
|---|---|
| James D. Sallah, Esq., not individually, but solely in his capacity as Court-Appointed Receiver for JCS Enterprises Inc., d/b/a JCS Enterprises Services Inc., et al., | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| National Strategica Corporation, LLC, et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 16-CV-80611

**16-80611-CIV-MARRA/MATTHEWMAN**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Todd Grant
400 Lees Trace
Marietta, GA 30064

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua A. Katz, Esq.
Sallah Astarita & Cox, LLC
2255 Glades Rd., Ste. 300E
Boca Raton, FL 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   **APRIL 19, 2016**

Steven M. Larimore
Clerk of Court

s/Jose Conway
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| James D. Sallah, Esq., not individually, but solely in his capacity as Court-Appointed Receiver for JCS Enterprises Inc., d/b/a JCS Enterprises Services Inc., et al., | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| National Strategica Corporation, LLC, et al. | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 16-CV-80611

**16-80611-CIV-MARRA/MATTHEWMAN**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jerome Lahlou
6450 Harrison Ridge Blvd.
Indianapolis, IN 46236

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua A. Katz, Esq.
Sallah Astarita & Cox, LLC
2255 Glades Rd., Ste. 300E
Boca Raton, FL 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  **APRIL 19, 2016**

Steven M. Larimore
Clerk of Court

s/Jose Conway
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▾

| | |
|---|---|
| James D. Sallah, Esq., not individually, but solely in his capacity as Court-Appointed Receiver for JCS Enterprises Inc., d/b/a JCS Enterprises Services Inc., et al., <br><br> *Plaintiff(s)* <br><br> v. <br><br> National Strategica Corporation, LLC, et al. <br><br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 16-CV-80611

**16-80611-CIV-MARRA/MATTHEWMAN**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Christina Loiacano
405 N. Orange St.
Palm Harbor, FL 34683

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua A. Katz, Esq.
Sallah Astarita & Cox, LLC
2255 Glades Rd., Ste. 300E
Boca Raton, FL 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   **APRIL 19, 2016**

Steven M. Larimore
Clerk of Court

s/Jose Conway
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▼

| | |
|---|---|
| James D. Sallah, Esq., not individually, but solely in his capacity as Court-Appointed Receiver for JCS Enterprises Inc., d/b/a JCS Enterprises Services Inc., et al., | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 16-CV-80611 |
| National Strategica Corporation, LLC, et al. | ) **16-80611-CIV-MARRA/MATTHEWMAN** |
| | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Longview Pediatrics, PLLC
C/O Eric Chen
900 Windemere Cir.
Longview, TX 75601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua A. Katz, Esq.
Sallah Astarita & Cox, LLC
2255 Glades Rd., Ste. 300E
Boca Raton, FL 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: __**APRIL 19, 2016**__

**SUMMONS**

s/Jose Conway
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▼

| | |
|---|---|
| James D. Sallah, Esq., not individually, but solely in his capacity as Court-Appointed Receiver for JCS Enterprises Inc., d/b/a JCS Enterprises Services Inc., et al., <br><br> *Plaintiff(s)* <br><br> v. <br><br> National Strategica Corporation, LLC, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 16-CV-80611

**16-80611-CIV-MARRA/MATTHEWMAN**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Harold Louis
14867 SW 40th Ct.
Miramar, FL 33027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua A. Katz, Esq.
Sallah Astarita & Cox, LLC
2255 Glades Rd., Ste. 300E
Boca Raton, FL 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   **APRIL 19, 2016**



**SUMMONS**

s/Jose Conway
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Southern District of Florida ▾

|  |  |
|---|---|
| James D. Sallah, Esq., not individually, but solely in his capacity as Court-Appointed Receiver for JCS Enterprises Inc., d/b/a JCS Enterprises Services Inc., et al., | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) |
| National Strategica Corporation, LLC, et al. | ) ) |
|  | ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 16-CV-80611

**16-80611-CIV-MARRA/MATTHEWMAN**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   National Strategic Corporation LLC
C/O Eugene Shatsman
751 Fawn Ct.
Streetsboro, OH 44241

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua A. Katz, Esq.
Sallah Astarita & Cox, LLC
2255 Glades Rd., Ste. 300E
Boca Raton, FL 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   **APRIL 19, 2016**

Steven M. Larimore
Clerk of Court

s/Jose Conway
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida  ▾

| | |
|---|---|
| James D. Sallah, Esq., not individually, but solely in his capacity as Court-Appointed Receiver for JCS Enterprises Inc., d/b/a JCS Enterprises Services Inc., et al., <br><br> *Plaintiff(s)* <br><br> v. <br><br> National Strategica Corporation, LLC, et al. <br><br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 16-CV-80611

**16-80611-CIV-MARRA/MATTHEWMAN**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   RBS Investment Group, LLC
C/O Jacob Dashnaw
28917 Euclid Ave.
Cleveland, OH 44092

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua A. Katz, Esq.
Sallah Astarita & Cox, LLC
2255 Glades Rd., Ste. 300E
Boca Raton, FL 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **APRIL 19, 2016**



**SUMMONS**

s/Jose Conway
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| James D. Sallah, Esq., not individually, but solely in his capacity as Court-Appointed Receiver for JCS Enterprises Inc., d/b/a JCS Enterprises Services Inc., et al., | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| National Strategica Corporation, LLC, et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 16-CV-80611

**16-80611-CIV-MARRA/MATTHEWMAN**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Reservoir Acquisitions, L.L.C.
C/O Eric Chen
163 E. Kings Hwy.
Shreveport, LA 71104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua A. Katz, Esq.
Sallah Astarita & Cox, LLC
2255 Glades Rd., Ste. 300E
Boca Raton, FL 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    **APRIL 19, 2016**



**SUMMONS**

s/Jose Conway
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▾

| | |
|---|---|
| James D. Sallah, Esq., not individually, but solely in his capacity as Court-Appointed Receiver for JCS Enterprises Inc., d/b/a JCS Enterprises Services Inc., et al., <br><br> *Plaintiff(s)* <br><br> v. <br><br> National Strategica Corporation, LLC, et al. <br><br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 16-CV-80611

**16-80611-CIV-MARRA/MATTHEWMAN**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   S Management LLC
C/O Boris Shatsman
17537 Kinross Ave.
Beverly Hills, MI 48025

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua A. Katz, Esq.
Sallah Astarita & Cox, LLC
2255 Glades Rd., Ste. 300E
Boca Raton, FL 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   **APRIL 19, 2016**

Steven M. Larimore
Clerk of Court

s/Jose Conway
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| James D. Sallah, Esq., not individually, but solely in his capacity as Court-Appointed Receiver for JCS Enterprises Inc., d/b/a JCS Enterprises Services Inc., et al., | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 16-CV-80611 |
| v. | ) | **16-80611-CIV-MARRA/MATTHEWMAN** |
| National Strategica Corporation, LLC, et al. | ) ) ) | |
| *Defendant(s)* | ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Grant Toney
5321 Mapledale Way
Mason, OH 45040

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua A. Katz, Esq.
Sallah Astarita & Cox, LLC
2255 Glades Rd., Ste. 300E
Boca Raton, FL 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   **APRIL 19, 2016**



SUMMONS

s/Jose Conway
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| James D. Sallah, Esq., not individually, but solely in his capacity as Court-Appointed Receiver for JCS Enterprises Inc., d/b/a JCS Enterprises Services Inc., et al., | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) |
| National Strategica Corporation, LLC, et al. | ) ) ) |
| *Defendant(s)* | ) ) ) |

Civil Action No. 16-CV-80611

**16-80611-CIV-MARRA/MATTHEWMAN**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Owen Toney
5321 Mapledale Way
Mason, OH 45040

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua A. Katz, Esq.
Sallah Astarita & Cox, LLC
2255 Glades Rd., Ste. 300E
Boca Raton, FL 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  **APRIL 19, 2016**

Steven M. Larimore
Clerk of Court

s/Jose Conway
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida ▾

| | |
|---|---|
| James D. Sallah, Esq., not individually, but solely in his capacity as Court-Appointed Receiver for JCS Enterprises Inc., d/b/a JCS Enterprises Services Inc., et al., <br><br> *Plaintiff(s)* <br><br> v. <br><br> National Strategica Corporation, LLC, et al. <br><br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No. 16-CV-80611
**16-80611-CIV-MARRA/MATTHEWMAN**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Patrice Toney
5321 Mapledale Way
Mason, OH 45040

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua A. Katz, Esq.
Sallah Astarita & Cox, LLC
2255 Glades Rd., Ste. 300E
Boca Raton, FL 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   **APRIL 19, 2016**



**SUMMONS**

s/Jose Conway
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| James D. Sallah, Esq., not individually, but solely in his capacity as Court-Appointed Receiver for JCS Enterprises Inc., d/b/a JCS Enterprises Services Inc., et al., <br><br>*Plaintiff(s)*<br><br>v.<br><br>National Strategica Corporation, LLC, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 16-CV-80611

**16-80611-CIV-MARRA/MATTHEWMAN**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Marangely Vazquez
7080 NW 177th St., #215
Miami, FL 33015

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua A. Katz, Esq.
Sallah Astarita & Cox, LLC
2255 Glades Rd., Ste. 300E
Boca Raton, FL 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   **APRIL 19, 2016**



SUMMONS

Steven M. Larimore
Clerk of Court

s/Jose Conway
Deputy Clerk
U.S. District Courts