UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

SECURITIES AND EXCHANGE COMMISSION,   )
)
Plaintiff,   )
)
v.   )   Miscellaneous Case No.:
)
JCS ENTERPRISES, INC., d/b/a JCS   )
ENTERPRISES SERVICES, INC., T.B.T.I. INC.,   )   5:14MC802
JOSEPH SIGNORE, and PAUL SCHUMACK,   )   JUDGE NUGENT
)
Defendants.   )
)

## NOTICE OF FILING COMPLAINT AND ORDER APPOINTING RECEIVER

NOTICE IS HEREBY GIVEN that, on April 7, 2014, James D. Sallah, Esq., was appointed Receiver over all the assets of Defendants JCS Enterprises, Inc., d/b/a JCS Enterprises Services, Inc., T.B.T.I. Inc., Joseph Signore, and Paul Schumack, in the following case: *Securities and Exchange Commission v. JCS Enterprises, Inc., d/b/a JCS Enterprises Services, Inc., T.B.T.I. Inc., Joseph Signore, and Paul Schumack, U.S. District Court, Southern District of Florida, Case No. 14-80468-Middlebrooks*.

Pursuant to 28 U.S.C. §754, attached herewith is a copy of the Complaint filed by the Plaintiff Securities and Exchange Commission in this matter, along with a certified copy of the Amended Receivership Order appointing Mr. Sallah as Receiver.

Dated: April 11, 2014

Respectfully submitted,

Joshua A. Katz, Esq.
Fla. Bar No. 0848301
SALLAH ASTARITA & COX, LLC
One Boca Place
2255 Glades Rd., Ste. 300E
Boca Raton, Florida 33431
Tel.: (561) 989-9080
Fax: (561) 989-9020
Email: jak@sallahlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the foregoing to be mailed to the persons set forth below on 11th day of April 2014:

Russell Koonin, Esq.
U.S. Securities and Exchange Commission
801 Brickell Ave., Suite 1800
Miami, FL 33131
305-982-6385
Email: kooninr@sec.gov

Joseph Signore, *Pro Se*
15687 83rd Way N
West Palm Beach, FL 33148

Paul Schumack, *Pro Se*
7725 NW 39th Avenue
Coconut Creek, FL 33073

Joshua A. Katz, Esq.