UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SECURITIES AND EXCHANGE COMMISSION,   )

                Plaintiff,

v.

JCS ENTERPRISES, INC., d/b/a JCS
ENTERPRISES SERVICES, INC., T.B.T.I. INC.,
JOSEPH SIGNORE, and PAUL SCHUMACK,

                Defendants.

Case: 2:14-mc-51750
Judge: Tarnow, Arthur J.
MJ: Majzoub, Mona K.
Filed: 12-22-2014 At 09:51 AM
OTH SECURITIES AND EXCHANGE COMMISS
ION V JCS ENTERPRISES, INC, ET AL (EB

## NOTICE OF FILING COMPLAINT AND ORDER REAPPOINTING RECEIVER

NOTICE IS HEREBY GIVEN that, on April 7, 2014, James D. Sallah, Esq., was appointed Receiver over Defendants JCS Enterprises, Inc., d/b/a JCS Enterprises Services, Inc., and T.B.T.I. Inc., in the following case: *SEC v. JCS Enterprises, Inc., d/b/a JCS Enterprises Services, Inc., T.B.T.I. Inc., Joseph Signore, and Paul Schumack,* Case No. 14-80468-CV-MIDDLEBROOKS/BRANNON (SD Fla. Apr. 7, 2014). Upon Motion by the Receiver, the Court expanded the Receivership to include My Gee Bo, Inc., JOLA Enterprises, Inc., and PSCS Holdings, LLC. On December 12, 2014, James D. Sallah, Esq., was reappointed as the Receiver.

Pursuant to 28 U.S.C. §754, attached herewith is a copy of the Complaint filed by the Plaintiff Securities and Exchange Commission in this matter, along with the Order Reappointing Receiver.

Dated: December 18, 2014

Respectfully submitted,

*/s/ Joshua A. Katz*

Joshua A. Katz, Esq.
Fla. Bar No. 0848301
SALLAH ASTARITA & COX, LLC
One Boca Place
2255 Glades Rd., Ste. 300E
Boca Raton, Florida 33431
Tel.: (561) 989-9080
Fax: (561) 989-9020
Email: jak@sallahlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the foregoing to be served on the persons set forth below in the Service List in the manner stated therein on 18th day of December 2014:

*/s/ Joshua A. Katz*

Joshua A. Katz, Esq.

## SERVICE LIST

Via Email
Russell Koonin, Esq.
Vincent Hull, Esq.
U.S. Securities and Exchange Commission
801 Brickell Avenue, Suite 1800
Miami, FL 33131
Telephone: (305) 982-6385
Email: kooninr@sec.gov
***Counsel for the Plaintiff***

Via Email
Anthony Natale, Esq.
Federal Public Defender
150 W. Flagler St., Ste. 1700
Miami, FL 33130
Telephone: (305) 530-7000 ext. 101
Email: anthony_natale@fd.org
***Counsel for Defendant Paul L. Schumack, II***

Via U.S. Mail and Email
Carl F. Schoeppl, Esq.
Schoeppl & Burke, P.A.
4651 N. Federal Hwy.
Boca Raton, FL 33431
Telephone: (561) 394-8301
Email: carl@schoepplburke.com
***Counsel for Defendant Joseph Signore***

Via Email
Albert L. Frevola, Jr.
Matthew S. Sarleson, Esq.*
Nichole M. Saqui, Esq.*
Conrad & Scherer, LLP
633 South Federal Highway
Fort Lauderdale, FL 33301
Telephone: (954) 847-3324
Email: msarelson@conradscherer.com; msarelson@sarelson.com (via email only)
   nsaqui@conradscherer.com; afrevola@conradscherer.com
*The undersigned was notified that Mr. Sarleson and Ms. Saqui are no longer with Conrad & Scherer and was provided with a new email address for Mr. Sarelson, as above. Because there is no new appearance of record, the undersigned serves the attorneys above as per the record.
***Counsel for Individual Investors Michelle Robinson,***
***Robert Rosa, Raymond R. Burkemper, Phillipe Garnier, Hilary Horn, and Todd Russo***

<u>Via Email</u>
Stephen Carlton, Esq.
Assistant U.S. Attorney
500 S. Australian Ave., Ste. 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711 Ext. 3053
Email: stephen.carlton@usdoj.gov
***Counsel for Intervenor United States Attorney Wilfredo A. Ferrer***

<u>Via U.S. Mail</u>
Russell C. Weigel, III, Esq.
Russell C. Weigel, III, PA
5775 Blue Lagoon Drive, Suite 100
Miami, Florida 33126
Telephone: (786) 888-4567
Email: rweigel@investmentattorneys.com
***Counsel for Non-party Laura Signore***

<u>Via U.S. Mail and Email</u>
Ms. Christine Schumack, ***Pro Se* Non-Party**
7725 NW 39th Avenue
Coconut Creek, FL 33073
Email: Christine@atmhospitality.com

<u>Via U.S. Mail</u>
Scott G. Hawkins, Esq.
Jones, Foster, Johnston & Stubbs, PA
Flagler Center Tower, Suite 100
505 South Flagler Drive
West Palm Beach, Florida 33401
Telephone: (561) 650-0460
Email: shawkins@jones-foster.com
***Counsel for Non-Party Chad Masten***